FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 2 1 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B DEPUTY

Jose T. Fraire #T067592
Name and Prisoner/Booking Number

Fourth Avenue Jail
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ  85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose T. Fraire
(Full Name of Plaintiff)                    Plaintiff,

vs.

(1) Maricopa County Superior Courts
(Full Name of Defendant)

(2) Superior Courts of Maricopa

(3) 201 W. Jefferson

(4) Phoenix, AZ 85003
                                  Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-14-02573-PHX-GMS(MEA)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

JURY TRIAL
DEMANDED

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: U.S. Constitutional Rights Discrimination / Bond forfeited.

2. Institution/city where violation occurred: Superior Court / Phoenix

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

Revised 5/1/2013

REFERENCE    5.4
            (Rule Number/Section)

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Comm. Brian S. Rees____. The first Defendant is employed as:
Commissioner_____ at Maricopa County Superior Court.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: Hon. Casey J. Newcomb The second Defendant is employed as:
Judge_____ at Maricopa County Superior Court.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _2_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Jose T. Fraire_____ v. __Joseph M. Arpaio_____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: __Jose T. Fraire_____ v. __Joseph M. Arpaio_____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: My right to be released on bond or to just have a bond / appropriate relief.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☑ Other: Prop. 100 Violated U.S. Constitution.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Not being able to have a bond due to Prop.100. In the U.S.
Constitution it states you are not to punish before trial. That was
clearly punishment for me in the feds and in the state. Prop
100 violated U.S. Constitution and it violated my rights.
It also discriminated against me. No Exessive Bail / No Bail.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

It made me feel substandard and less than other people who had
the right to a bond. No freedom from incarceration. It caused
hardship on my family and as well as myself.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No

b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because, Judge / commissioner Lisa M. Roberts gave me a Final Release Order that states "Not Bailable" as a .

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: $2000.00 Bond that was forfeited by a Bond forfeiture hearing Judge.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care

☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation

☐ Excessive force by an officer ☐ Threat to safety ☑ Other: Bond forfeited

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On November 22, 2012 my mother Maria E. Fraire posted $2000.00 for me to be released on bond. On April 2, 2013 I made an appearance in court on a Preliminary Hearing and was rescheduled to appear on April 22, 2013. On April 7, 2013 I was taken into custody by ICE and the U.S. Marshels. My mother sent a letter on my behalf to the court on April 17, 2013 advising them that I was taken into Federal custody and couldn't make it to court Also requesting the bond money to be returned to her because of her financial hardship. (The court has records of the letter my mother, Maria E. Fraire sent). On April 22, 2013 a warrant was issued for my arrest because I could not appear to court. an arraignment was scheduled for May 9, 2013! I still could not appear to court because I was in custody and again the court issued another warrant. On June 25, 2013 a bond forfeiture hearing was held my attorney was present in court and advised the court my whereabouts, but the Commissioner (Brian S. Rees) still forfeited the bond because my mother and I wasn't present. I submitted a motion to Judge Casey J. Newcomb requesting reconsideration

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

My mother has been paying interest on this bond money through her credit card. She's suffered from paying interest on it. Just knowing that she has been suffering from this has stressed me out the whole time here.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because my mother and sister called and sent a letter advising the court that I was in Federal custody.

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail          ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?            ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Something fair because I suffered from pain and suffering
due to cruel and unusual punishment. I felt like I was being
oppressed and discriminated against. My family feels the same
way. They have endured just as much pain as I have if not
more, especially now that my mother is out $2000°° and who
payed interest on this money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/16/14___          ___Joe T. Frain___
                **DATE**          **SIGNATURE OF PLAINTIFF**


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ NOV 1 7 2014 _____

**I mailed the original to the Clerk of the United States District Court, District of Arizona.**

I further certify that copies of the original have been forwarded to:

___ Hon _____ **United States District Court, District of Arizona.**

___ Hon _____ **United States District Court, District of Arizona.**

___ **Attorney General, State of Arizona,** _____

___ **Judge** _____ **Superior Court, Maricopa County, State of Arizona.**

___ **County Attorney, Maricopa County, State of Arizona** _____

___ **Public Defender, Maricopa County, State of Arizona** _____

___ **Attorney** _____

___ _____

___ _____

___ _____

**INMATE LEGAL SERVICES**
**Maricopa County, Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**